# EXHIBIT B



| Prepared By | | Catalog # | |
|---|---|---|---|
| Project | | Comments | | Date |

## TUBES — T8 REWIRE



**Product Description**

Kobi Electric LED T8 Rewire tubes are low maintenance and energy efficient alternatives for traditional T12 and T8 fluorescent lamps. They are designed for 90-277 VAC single ended power from mains, and have a dedicated internal driver, rendering the fluorescent ballast unnecessary. Kobi Electric T8's have a wide illumination area, making them perfect for reflector equipped fixtures and wall-mount applications. They are UL and DLC certified and should be installed with non-shunted lamp holders.

## SPECIFICATIONS

| EQUIVALENT | 17, 32 and 40 Watt Fluorescent |
|---|---|
| AVERAGE RATED LIFE | 50,000 hrs |
| BASE | Medium Bi-Pin - G13 |
| POWER | 90-277V, 60Hz |
| LENS | Frosted Polycarbanate |
| ILLUMINATION AREA | 320° |
| DIM | Non-Diming |
| COLOR (K) | 4100, 5000 |



47.75" — 1.1"
23.85" — 1.1"

## BENEFITS
- Eliminates fluorescent lamp and ballast maintenance costs
- Longer, more energy efficient life than fluorescent
- Suitable for indoor/damp locations and sheltered outdoor use
- Mercury and Lead free, UV and IR free
- Instant on to full brightness

### Application Notes
1. Operating temperature range between -20°C and +45°C (-4°F and +113°F)
2. Not for use with emergency light fixtures or exit lights
3. Ballast bypass required, wiring direct to mains voltage, consult a qualified electrician
4. Detailed installation instructions available at kobielectric.com

This device complies with Part 15 of the FCC rules and has been tested and found to comply with the limits for a Class B digital device. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. Any changes or modifications not expressly approved by the manufacturer could void the user's authority to operate the equipment.

## CERTIFICATIONS

      WARRANTY

E466857

LM79 reports and IES files are available upon request.

Based on 12 hours of use per day.


800-505-2106 / kobielectric.com
253 Loy St / Burleson, TX 76028

Specifications are typical values and may change without notification.
©2014 Kobi Electric, Inc. All Rights Reserved

Tubes
Rev 1_100614

# TUBES

## ORDERING INFORMATION

### T8 2'

| Order Code | Part Number | Wattage (W) | Equals (W) | Base | Lens | Voltage (V) | CCT[1] | Typical Lumens[2] | CRI[3] | Dim | Illum. Area | DOE LF | Case Quantity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| K8L5 | LED-T8F-2-1000-41-NB | 10 | 17 | G13 | Frosted | 90-277 | 4100 | 1000 | 82 | No | 320° | Yes | 25 |
| K0N2 | LED-T8F-2-1000-50-NB | 10 | 17 | G13 | Frosted | 90-277 | 5000 | 1000 | 81 | No | 320° | No | 25 |

### T8 4'

| Order Code | Part Number | Wattage (W) | Equals (W) | Base | Lens | Voltage (V) | CCT[1] | Typical Lumens[2] | CRI[3] | Dim | Illum. Area | DOE LF | Case Quantity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| K8L3 | LED-T8F-4-1800-41-NB | 18 | 32 | G13 | Frosted | 90-277 | 4100 | 1800 | 83 | No | 320° | Yes | 25 |
| K0N0 | LED-T8F-4-1800-50-NB | 18 | 32 | G13 | Frosted | 90-277 | 5000 | 1800 | 81 | No | 320° | No | 25 |
| K8L4 | LED-T8F-4-2350-41-NB | 22 | 40 | G13 | Frosted | 90-277 | 4100 | 2200 | 83 | No | 320° | Yes | 25 |
| K0N1 | LED-T8F-4-2200-50-NB | 22 | 40 | G13 | Frosted | 90-277 | 5000 | 2200 | 81 | No | 320° | No | 25 |

1. Thermally stable typical CCT (±10%)   2. Thermally stable typical lumens (±10%)   3. CRI - Color Rendering Index

## SINGLE ENDED WIRING DIAGRAM
Detailed installation instructions available at kobielectric.com



Non-shunted lamp holder required.

For the most up-to-date specifications, visit kobielectric.com.

**KOBI ELECTRIC**
800-505-2106 / kobielectric.com
253 Loy St / Burleson, TX 76028

Specifications are typical values and may change without notification.
©2014 Kobi Electric, Inc. All Rights Reserved

Tubes
Rev 1_100614